# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs ZS Pharma, Inc. and AstraZeneca Pharmaceuticals LP (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(b)(2):

Date Patentee(s) Received Notice:    No Earlier than July 14, 2022

Regulatory Stay Deadline:    No Earlier than November 18, 2025[1]

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 8,877,255 | October 22, 2033 |
| 9,592,253 | October 14, 2035 |
| 9,913,860 | October 22, 2033 |
| 10,300,087 | October 14, 2035 |
| 10,695,365 | October 22, 2033 |

---

[1] The stay preventing approval of the proposed generic products expires no earlier than November 18, 2025 (seven and one-half years from the new chemical entity approval on May 18, 2018). *See* 21 U.S.C. § 355(j)(5)(F)(ii).

| | |
|---|---|
| Dated: August 22, 2022 | MCCARTER & ENGLISH, LLP |
| | /s/ *Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| Lisa B. Pensabene | 405 N. King Street, 8th Floor |
| Hassen Sayeed | Wilmington, Delaware 19801 |
| Daniel O'Boyle | (302) 984-6300 |
| James Li | dsilver@mccarter.com |
| O'MELVENY & MYERS LLP | ajoyce@mccarter.com |
| 7 Times Square | |
| New York, New York 10036 | *Attorneys for Plaintiffs ZS Pharma, Inc. and* |
| (212) 326-2000 | *AstraZeneca Pharmaceuticals LP* |